# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| WAYNE BRITTINGHAM and wife, TANYA BRITTINGHAM, § § § *Plaintiffs,* § § v. § § WELLS FARGO BANK, N.A. and FEDERAL HOME LOAN MORTGAGE CORPORATION, § § § § § *Defendants.* § | | Case No. 4:11-cv-323-Y<br><br>JURY |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Wayne Brittingham and Tanya Brittingham, Plaintiffs, in the above-styled and numbered cause, hereby appeal to the United States Court of Appeals for the Fifth Circuit from a final order denying Plaintiffs' Motion for Relief from Order on Summary Judgment Pursuant to Federal Rule of Civil Procedure 60 entered in this action on November 8, 2012. Plaintiffs' Motion for Relief from Order on Summary Judgment Pursuant to Federal Rule of Civil Procedure 60 was filed in response to a judgment granting Defendants' Motion for Summary Judgment filed July 13, 2012. Plaintiffs hereby appeal from the order denying Plaintiffs' motion to reconsider and vacate, and the judgment dismissing Plaintiffs' case with prejudice.

Respectfully Submitted,

J.B. Peacock, Jr.
   State Bar No. 15678500
David M. Vereeke
   State Bar No. 20547500
Tracy M. Turner
   State Bar No. 24076743

**GAGNON, PEACOCK & VEREEKE, P.C.**
4245 N. Central Expressway
Suite 250, Lock Box 104
Dallas, Texas 75205
Telephone: (214) 824-1414
Facsimile: (214) 824-5490
Email: Attorneys@GapsLaw.com

ATTORNEYS FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

The following document was served on Mr. Richard A. Illmer (and all parties receiving electronic service) per the local and federal rules of procedure via either forwarding same as first-class mail with the United States Postal Service or by causing same to be filed in this case via electronic transmission via portable document format (.pdf) to the EM/ECF Internet web portal for this Court in this Case on __7__ day of December, 2012.

Of Gagnon, Peacock & Vereeke, P.C.